District Judge Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GRACE AKINYI WAMALA AKA WAMALA OKWU,<br><br>Petitioner,<br><br>v.<br><br>UR JADDOU, *et al.*,<br><br>Respondents. | No. 2:23-cv-1964-TL<br><br>STIPULATED MOTION TO REMAND<br><br>[PROPOSED]<br><br>Noted for Consideration:<br>**January 30, 2024** |

The parties STIPULATE and MOVE under Local Civil Rules 7(d)(1) and 10(g) to remand this case to United States Citizenship and Immigration Services ("USCIS") for adjudication of Plaintiff's N-400, Application for Naturalization. In support of this motion, USCIS represents that it will schedule an interview for Plaintiff and thereafter adjudicate Plaintiff's N-400 Application within thirty days of the date on which the Court enters an order dismissing this action and remanding the case.

USCIS further represents that if Plaintiff's N-400 Application is denied and Plaintiff electronically submits a N-336, Request for a Hearing on a Decision in Naturalization Proceedings, USCIS will schedule the N-336 hearing to be held within 51 days after the denial date. However, if Plaintiff submits a N-336 by mail to a lockbox for filing, USCIS will schedule the N-336 hearing

STIPULATED MOTION TO REMAND
2:23-cv-1964-TL - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 4258-3800

to be held within 65 days after the denial date. The parties therefore believe that a remand to USCIS will allow for the most expeditious resolution of this matter.

    Accordingly, the parties stipulate that the case is dismissed without prejudice and with leave to refile if necessary, and is remanded to USCIS for the purpose of adjudicating Plaintiff's N-400 Application in the time stated above. The parties shall bear their own costs and fees.

Dated: January 30, 2024

    Respectfully submitted,

| | |
|---|---|
| | TESSA M. GORMAN<br>United States Attorney |
| *s/ Bart Klein*<br>BART KLEIN WSBA #10909<br>Law Offices of Bart Klein<br>WSBA # 10909<br>605 First Avenue South, Suite 500<br>Seattle, WA 98104<br>Tel.: (206) 624-3787<br>Fax: (206) 624-6371<br>Bart.Klein@bartklein.com<br><br>*Attorney for Petitioner* | */s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT<br>NYS#4666657<br>Assistant United States Attorney<br>United States Department of Justice<br>United States Attorney's Office<br>1201 Pacific Avenue, Suite 700<br>Tacoma, WA 98402<br>Tel.: (253) 428-3824<br>Email: michelle.lambert@usdoj.gov<br><br>*Attorneys for Respondents*<br><br>***I certify that this memorandum contains 208 words, in compliance with the Local Civil Rules.*** |

STIPULATED MOTION TO REMAND
2:23-cv-1964-TL - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 4258-3800

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the case is remanded to USCIS and dismissed without prejudice and without an award of costs or fees to either party.  The government shall schedule an interview of Plaintiff and issue a decision on Plaintiff's N-400 Application within thirty days of the date of this order.  If the government denies Plaintiff's N-400 Application and she electronically files a N-336, Request for a Hearing, USCIS will schedule the N-336 hearing within 51 days after the date of the denial.  If the government denies Plaintiff's N-400 Application and she mails a N-336 to a lockbox for filing, USCIS will schedule the N-336 hearing within 65 days after the date of the denial.

DATED this 31st day of January 2024.

Tana Lin
United States District Judge

STIPULATED MOTION TO REMAND
2:23-cv-1964-TL - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 4258-3800